IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DAWN MARIE EVANS,**<br>**MONICA DEE HULIT,**<br>**MARTY JON KROMINGA,**<br>**ALVIN AUBREY ROE,**<br>**RICHARD DALE STAMPKA, and**<br>**STORY LEE WOOD,**<br><br>**Defendants.** | **CR 17-16-GF-BMM**<br><br><br><br><br>**ORDER** |

Upon unopposed motion of the United States and for good cause shown,

IT IS ORDERED that the Clerk of Court amend the Indictment (Doc. 1), in the caption on page one, to reflect the correct potential fine for Count I as $1,000,000. The Clerk of Court shall provide a copy of the amended Indictment to

counsel for the United States, counsel for Richard Dale Stampka, and the United States Marshals Service.

DATED this 23rd day of March, 2017.

*[signature: Brian Morris]*

Brian Morris
United States District Court Judge