# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **DAWN MARIE EVANS, MARTY JON KROMINGA, ALVIN AUBREY ROE, RICHARD DALE STAMPKA, and STORY LEE WOOD,**  Defendants. | CR 17-16-GF-BMM  **FINAL ORDER OF FORFEITURE** |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. Preliminary Orders of Forfeiture (Docs. 102, 110, 118, 119, and 122) were entered by the Court;

1

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. The following firearms were returned to innocent owners and will not be forfeited:

- Marlin, model 36-A, .30-30 Win caliber, lever action rifle, serial number 15282;

- Savage Arms Corp., model 5, .22 caliber, bolt action rifle, with no serial number;

- Baker Gun & Forging Co., model Bativia Leader, 12 gauge, break action shotgun, serial number 91445;

- Remington Arms Company, Inc., model 721, .30-06 caliber, bolt action rifle, serial number 252537; and

- Mossberg, model 500A, 12 gauge, pump action shotgun, with serial number K407394.

5. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Harrington & Richardson (H&R), model 532, .32 caliber revolver, with serial number BA037337;

- Ruger, model LCP, .380 auto caliber, semi-automatic pistol, serial number obliterated; and

- Haskell Manufacturing, Inc. (Hi-Point Firearms), model JHP, .45 caliber, semi-automatic pistol, serial number X435625.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 26th day of September, 2017.

_____
Brian Morris
United States District Court Judge